and the motion to dismiss on grounds of forum non conveniens denied.

■ ROD HUI, Doing Business as RODWAY PRODUCTIONS, Appellant, v EMERGENCY RECORDS, INC., et al., Respondents.—Appeal from order, Supreme Court, New York County (Bruce Wright, J.), entered on April 30, 1986, unanimously withdrawn. The order of this court entered on October 15, 1987 is vacated. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ In the Matter of CONSTANCE HILES, Also Known as CHIQUI HILES, Petitioner, v ROBERT ABRAMS, as Attorney-General of the State of New York, et al., Respondent.—Determination of respondent Attorney-General dated July 16, 1985, unanimously confirmed, without costs and without disbursements, and the cross motion to dismiss the petition is granted. No opinion. Concur—Sullivan, J. P., Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENTE RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (William Davis, J.), rendered on May 15, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Milonas, Wallach and Smith, JJ.

■ In the Matter of the Arbitration between BRUCE GOLDENBERG et al., Appellants, and PETER KLEIN ASSOCIATES, INC., Respondent.—Order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on October 24, 1986, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on or about March 31, 1987 unanimously dismissed as nonappealable. No opinion. Concur—Kupferman, J. P., Carro, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DON LORD, Also Known as DON LARD, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on or about February 13, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is